1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EAST KY FUELS LLC, a Kentucky limited liability company; PATTY TACKETT, an individual; and JERRY TACKETT, an individual,<br><br>Defendants. | Case No. 8:24-cv-002617-JDE<br><br>[Assigned to the Hon. John D. Early]<br><br>**JUDGMENT**<br><br>Complaint Filed:   December 2, 2024 |

# JUDGMENT

Based on the Order Granting the Motion of Plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") for Default Judgment (Dkt. 19) and Federal Rules of Civil Procedure Rule 55(b)(2),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants East KY Fuels LLC, a Kentucky limited liability company, Patty Tackett, an individual, and Jerry Tackett, an individual (collectively "Defendants"), jointly and severally, in the total amount of **$283,293.56**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $149,702.80, on Equipment Financing Agreement No. 420532-000 ("EFA No. 1");

    b. Prejudgment interest in the amount of $10,949.67, at the statutory rate of ten percent (10%) per annum, from September 5, 2024 (the date of breach), to May 30, 2025, on EFA No. 1;

    c. Compensatory damages in the amount owed of $105,244.44, on Equipment Financing Agreement No. 420532-001 ("EFA No. 2");

    d. Prejudgment interest in the amount of $7,409.31, at the statutory rate of ten percent (10%) per annum, from September 15, 2024 (the date of breach), to May 30, 2025 on EFA No. 2;

    e. Attorneys' fees in the total amount of $8,698.94; and

    f. Costs in the amount of $1,288.40.

2. The Clerk is directed to enter this Judgment forthwith.

DATED: May 30, 2025

_JOHN D. EARLY_
United States Magistrate Judge